PROB 12C  
(7/93)

Report Date: March 5, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Marcelino Mercado         Case Number: 0980 2:09CR02067-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, WA 98908

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 19, 2010

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison 24 months             Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Thomas J. Hanlon             Date Supervision Commenced: March 25, 2011

Defense Attorney:         Diane E. Hehir               Date Supervision Expires: March 24, 2014

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Mercado has been charged with shoplifting, Bellingham Municipal Court docket number CB0090031 on January 21, 2014. |
| | According to the Bellingham Municipal Court docket, his next hearing is set for March 31, 2014. |
| | A police report has been requested. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: Mr. Mercado failed to report law enforcement contact within 72 hours of being charged with shoplifting on January 21, 2014. |
| | On February 28, 2014, a records check was completed which revealed the defendant was charged with shoplifting. He failed to report law this enforcement contact. |

Prob12C
**Re: Mercado, Juan Marcelino**
**March 5, 2014**
**Page 2**

3     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

       **Supporting Evidence**: Mr. Mercado was charged with trafficking stolen property, Whatcom Superior Court cause number 14-100244-3 on February 18, 2014.

       According to the Whatcom Superior Court docket, Mr. Mercado's next court hearing has been set for April 30, 2014.

       A police report has been requested.

4     **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

       **Supporting Evidence**: Mr. Mercado failed to report law enforcement contact within 72 hours of being charged with trafficking stolen property on February 18, 2014.

       On February 28, 2014, a records check was completed which revealed the defendant was charged with trafficking stolen property. He failed to report this law enforcement contact within 72 hours.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 5, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Robert Whaley* (signature)

Signature of Judicial Officer

March 5, 2014

Date