PROB 12C
(7/93)

Report Date: April 25, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 29 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Marcelino Mercado            Case Number: 0980 2:09CR02067-001

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 19, 2010

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison 24 months;            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon             Date Supervision Commenced: March 25, 2011

Defense Attorney:       Diane E. Hehir               Date Supervision Expires: March 24, 2014

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/05/2014.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Mercado has been charged with first degree theft, Yakima County Superior Court cause number 14-1-00331-1, filed on March 3, 2014.

According to the Yakima Police Department narrative report, on January 3, 2014, an officer responded to the Fred Meyer Store regarding a shoplift of a piece of jewelry. The report indicates the suspect entered the jewelry department and asked to see a ring, which was then handed to him. The suspect then took the ring, ran out the jewelry department, and out of the store. The clerk described the defendant to officers and reported the suspect had a very distinct tattoo on the right side jaw line which were a set of pinkish/red lips.

The stolen item was described as a wedding ring set, with a retail value of $7,875, but the store had this particular ring on special for $4,499.

According to the Yakima Superior Court docket, on April 11, 2014, Mr. Mercado failed to appear for a hearing and a bench warrant was issued. The warrant was served on April 22, 2014. Mr. Mercado is currently at the Yakima County Jail and bail is set at $50,000.

| | | |
|---|---|---|
| | 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Mercado has been charged with first degree theft, Kittitas County Superior Court cause number 14-1-00092-7, filed on April 3, 2014.

According to the Washington statewide court system, the above-listed charge is alleged to have occurred on February 18, 2014. A police report has been requested.

7 **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Supporting Evidence**: Mr. Mercado left the Eastern District of Washington without permission from his supervising probation officer on or before April 22, 2014.

On April 22, 2014, Mr. Mercado was arrested and booked at the Whatcom County Jail on a felony warrant from Yakima County cause number 14-1-00331-1. Mr. Mercado did not obtain permission to travel outside the district.

The U.S. Probation Office respectfully recommends the Court issue a warrant and be placed as a detainer requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 25, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer
Robert Whaley

4/29/14
Date